# Exhibit E

**Osler, Hoskin & Harcourt LLP**
1000 De La Gauchetière Street West
Suite 1100
Montréal, Québec, Canada  H3B 4W5
514.904.8100  MAIN
514.904.8101  FACSIMILE



Montréal
Toronto
Calgary
Ottawa
Vancouver
New York

January 3, 2025

Éric Préfontaine
Direct Dial: 514.904.5282
eprefontaine@osler.com

**SENT BY EMAIL (RCarroll@goodwinlaw.com)**

**Robert D. Carroll**
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

Dear sir,

**Re:    Response to your letter dated December 26, 2024 (OpenEvidence v. Pathway)**

We write in response to your letter dated December 26, 2024, which alleges that Pathway engaged in "attacks" on OpenEvidence's publicly accessible platform. This follows your earlier letter of December 19, 2024, in which you claimed Pathway committed "hundreds of cyberattacks." The evidence you have provided—a single 15-minute chat on OpenEvidence's public platform—does not support any such allegations.

This brief and benign interaction aimed at evaluating how different public-facing AI systems, such as OpenEvidence's platform, respond to various user inputs. Messages were submitted transparently—under the user's own name and e-mail address—in good faith, and without malice. The IBM materials you reference in your previous letter explicitly state that such testing is widely conducted by "[m]any legitimate users and researchers […] to better understand LLM capabilities."

Importantly, the transcript you provided omits OpenEvidence's responses. The full transcripts would confirm that no sensitive data was disclosed, no security perimeters were breached, and no damages of any kind ensued as a result of this chat interaction.

Respectfully, the limited use of OpenEvidence's publicly available chat feature that you cite provides no basis for the claim of an "attack" of any kind. There was no concealment, systematic or repeated behavior over time, use of automated tools to access OpenEvidence's platform, or any sophistication in inputs that would be consistent with an effort to extract proprietary data; rather, this interaction represented a transparent, good-faith effort to benchmark the capabilities of public-facing AI systems.

We trust this explanation resolves any misunderstandings and provides the necessary context to bring this matter to a close. As such, Pathway reiterates its offer to pause all access to OpenEvidence's platform, provided the latter confirms that it would conversely pause its access to the Pathway platform.

Best regards,

Osler, Hoskin & Harcourt LLP

Éric Préfontaine, partnerÉP:ar

*Pathway Medical Inc.*