UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE, INC.,<br><br>                    Plaintiff,<br><br> -against-<br><br>PATHWAY MEDICAL, INC. AND LOUIS MULLIE,<br><br>                    Defendants. | Case No.: 1:25-cv-10471-MJJ<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION FOR LISA FLEISCHMANN** |

      Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts, Defendants PATHWAY MEDICAL, INC., and LOUIS MULLIE, M.D., s/h/a LOUIS MULLIE ("Defendants"), by their undersigned attorney, hereby move for admission *pro hac vice* of their counsel, Lisa Fleischmann.  As grounds, Defendants state:

      1.     Lisa Fleischmann is appellate counsel to the law firm Kaufman Borgeest & Ryan, LLP, and is a member in good standing of the Bar of the States of New York and Maryland.  She is also admitted to practice before the United States District Court for the Southern and Eastern Districts, the Court of Appeals for the Second Circuit, and the United States Supreme Court.

      2.     In further support of their motion, Defendants submit Exhibit A, the Certification of Lisa Fleischmann, Esq., attesting that she is a member in good standing of the Bar in every jurisdiction in which she is admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the Local Rules of this Court.

      WHEREFORE, Plaintiff respectfully requests that the Court grant the *pro hac vice* admission of Lisa Fleischmann.

Dated:  Buffalo, New York
           May 14, 2025                   Respectfully submitted,

                                                   KAUFMAN BORGEEST & RYAN LLP

                                                   By: _____

        Henry B. Tilson, Esq. (BBO 682207)
*Attorneys for Defendants*
**PATHWAY MEDICAL, INC., AND LOUIS MULLIE, M.D. s/h/a LOUIS MULLIE**
701 Seneca Street
Buffalo, New York 14210
Telephone: (716) 246-4640
Facsimile: (716) 246-4615
htilson@kbrlaw.com