UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>PATHWAY MEDICAL, INC. AND LOUIS MULLIE,<br><br>*Defendants*. | Case No. 1:25-cv-10471 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ISHIKA DESAI

Please take notice that pursuant to Local Rule 83.5.2(c), Ishika Desai of Goodwin Procter LLP hereby withdraws her appearance as counsel of record for Plaintiff OpenEvidence, Inc. in the above-captioned action. OpenEvidence, Inc. will continue to be represented by attorneys Ryan Gorman, Stacylyn May Doore, Vanessa Rodriguez, and Zi Chun Wang, of Quinn Emanuel Urquhart & Sullivan, who have entered appearances on behalf of OpenEvidence, Inc. in this matter.

No reports, written or oral, are due, there are no motions pending before the Court, and there are no trial dates or evidentiary hearings set in this case.

Date: June 12, 2025

Respectfully submitted,

*/s/ Ishika Desai*
Ishika Desai (*pro hac vice*)
GOODWIN PROCTER LLP
525 Market Street
San Francisco, CA 94105
Tel.: (415) 733-6000
Fax: (415) 677-9041
idesai@goodwinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, a copy of the foregoing document was filed using the Court's CM/ECF system and was served electronically to all counsel of record as indicated on the Notice of Electronic Filing (NEF).

*/s/ Ishika Desai*
Ishika Desai