# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATHWAY MEDICAL, INC. and LOUIS MULLIE, <br><br> Defendants. | Case No. 1:25-cv-10471-MJJ <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCES** |

  PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), Daniel P. Muino, Carolyn M. Homer and Michael A. Fine, all from the law firm of Morrison & Foerster LLP, hereby withdraw their appearances as counsel of record for defendant Louis Mullie in the above-captioned action, which were entered in error.  Attorneys Muino, Homer and Fine will remain as counsel of record for defendant Pathway Medical, Inc.

  Defendant Mullie will continue to be represented by Henry B. Tilson , Jr., Lisa Ellen Fleischmann, and Betsy Baydala, all from the law firm of Kaufman Borgeest & Ryan, LLP, and all of whom have previously entered appearances on his behalf.

  There are currently no motions pending before the Court in this case, no trial date has been set, no evidentiary hearings have been set, and no written or oral reports are currently due.

ny-2977077

|  |  |
|---|---|
| Dated: June 16, 2025 | MORRISON & FOERSTER LLP |
|  | By:    */s/ Michael A. Fine* |
|  | Michael A. Fine (BBO# 713088) |
|  | MORRISON & FOERSTER LLP |
|  | 200 Clarendon Street, 21st Floor |
|  | Boston, MA 02116 |
|  | Tel: (617) 648-4700 |
|  | Email: MFine@mofo.com |
|  | *Counsel for Defendant Pathway Medical, Inc.* |

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(c), I hereby certify that on this 16th day of June, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record by electronic means.

                                                                              */s/ Michael A. Fine*
                                                                              Michael A. Fine