UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC., *Plaintiff*, v. PATHWAY MEDICAL, INC. AND LOUIS MULLIE, *Defendants*. | Case No. 1:25-cv-10471 |

**MOTION TO WITHDRAW APPEARANCE OF MATTHEW R. WISNIEFF**

Pursuant to Rule 83.5.2(c), Matthew R. Wisnieff of Goodwin Procter LLP hereby moves to withdraw his appearance on behalf of Plaintiff OpenEvidence, Inc. in the above-captioned action. OpenEvidence, Inc. will continue to be represented by Ryan Gorman, Stacylyn May Doore, Vanessa Rodriguez, and Zi Chun Wang, of Quinn Emanuel Urquhart & Sullivan, who have entered appearances on behalf of OpenEvidence, Inc. in this matter. Defendants have consented to the withdrawal. The undersigned thus respectfully requests that the Court remove Matthew R. Wisnieff from the docket as counsel of record in this action.

Date: June 17, 2025

Respectfully submitted,

*/s/ Matthew R. Wisnieff*
Matthew R. Wisnieff (*pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333
mwisnieff@goodwinlaw.com

**LOCAL RULE 7.1(a)(2) CERTIFICATE and CERTIFICATE OF SERVICE**

  I, Matthew R. Wisnieff, hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United Stated District Court of Massachusetts, counsel for OpenEvidence, Inc. conferred with counsel for Defendants on June 16, 2025 regarding this motion. Defendants do not object to this motion.

  I further certify that on June 17, 2025, the foregoing document was filed using the CM/ECF system and notice was served electronically to all counsel of record as indicated on the Notice of Electronic Filing (NEF).

            */s/ Matthew R. Wisnieff*
            Matthew R. Wisnieff