AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| OpenEvidence Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10471-MJJ |
| Pathway Medical, Inc. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pathway Medical, Inc.

Date:   06/17/2025

/s/ David Nathaniel Tan
*Attorney's signature*

David Nathaniel Tan
*Printed name and bar number*
Morrison & Foerster LLP
2100 L. Street NW, Suite 900
Washington, DC 20037

*Address*

ntan@mofo.com
*E-mail address*

(202) 887-6943
*Telephone number*

(202) 887-0763
*FAX number*

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: June 17, 2025 |     /s/ David Nathaniel Tan<br>David Nathaniel Tan |