UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:25-cv-10471-MJJ<br><br>**MOTION FOR A 60-DAY EXTENSION FOR DEFENDANTS PATHWAY MEDICAL INC., AND LOUIS MULLIE TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

　　　　Pursuant to Fed. R. Civ. P. 6(b), Defendants PATHWAY MEDICAL, INC., and LOUIS MULLIE, M.D., s/h/a LOUIS MULLIE ("Defendants"), by their undersigned attorney, hereby move for an Order extending by 60 days the Defendants' time to answer/move with respect to the First Amended Complaint. If this motion is granted, the amended deadline for Defendants to respond to the First Amended Complaint will be October 28, 2025. Defendants submit the following in support of this motion:

　　　　1.　　On August 15, 2025, Plaintiffs filed the First Amended Complaint. The 54-page First Amended Complaint pleads three new causes of action and adds five Defendants.

　　　　2.　　The time for Defendants to respond to the First Amended Complaint has not yet expired. Defendants' response is currently due on August 29, 2025. See Fed. R. Civ. P. 15(a)(3).

　　　　3.　　This motion is not being made for purposes of delay. It is based upon current assignments, the press of pending business, and the need to ensure reasonable diligence in preparing an answer or in moving against the First Amended Complaint.

　　　　4.　　Counsel for Plaintiff do not oppose this motion.

　　　　WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court issue an Order extending the time for Defendants to file a response to the First Amended Complaint up to and including October 28, 2025.

　　　　A proposed order is attached.

Dated: Valhalla, New York
       August 28, 2025

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

By: _____
    Lisa Fleischmann, Esq. (*pro hac vice*)
*Attorneys for Defendants*
**PATHWAY MEDICAL, INC., AND LOUIS MULLIE, M.D. s/h/a LOUIS MULLIE**
BETSY D. BAYDALA, ESQ. (*pro hac vice*)
HENRY B. TILSON, ESQ. (BBO 682207)
200 Summit Lake Drive
Valhalla, New York  10595
Telephone: (914) 449-1089
Facsimile: (941) 449-1100
lfleischmann@kbrlw.com

MORRISON & FOERSTER LLP
*Attorneys for Pathway Medical, Inc.*
DANIEL P. MUINO (*pro hac vice*)
KAYLEE C. BANKSTON (*pro hac vice*)
CAROLYN M. HOMER (*pro hac vice*)
NATE TAN (*pro hac vice*)
2100 L St., NW, Suite 900
Washington, D.C. 20037
Telephone:  (202) 887-1500
Facsimile:   (202) 637-2201
Email: dmuino@mofo.com

## **LOCAL RULE 7.1(a)(2) CERTIFICATE**

I hereby certify that counsel for Defendants Pathways, Inc., and Louis Mullie, M.D., s/h/a Louis Mullie communicated with Plaintiff's counsel, Stacylyn M. Doore, Stephen Broome, and Vanessa Rodriguez on August 27, 2025, to provide notice of Defendants' intent to file this motion and to ascertain Plaintiff's position on the motion. Plaintiff does not oppose this request.

s/ Lisa Fleischmann
Lisa Fleischmann

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY, <br><br> Defendants. | Case No. 1:25-cv-10471-MJJ <br><br> **CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2** |

  I, Lisa Fleischmann, affirm that on August 28, 2025, I served the above-attached Motion for a 60-day Extension to respond to the First Amended Complaint on the following counsel, Plaintiff's Attorneys of Record, via this Court's CM/ECF filing system:

    Stacylyn M. Doore, Esq.
    Ryan P. Gorman, Esq.
    Vanessa Rodriguez, Esq.
    Zi Chun Wang, Esq.
    Stephen Broome, Esq.
    Nathan Hamstra, Esq.

Dated: Valhalla, New York
    August 28, 2025

              _____
              Lisa Fleischmann, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE, INC.,<br><br>     Plaintiff,<br><br> -against-<br>PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY,<br><br>     Defendants. | Case No.: 1:25-cv-10471-MJJ |

## **ORDER**

The Court, having reviewed the Motion for an Extension of Time for Defendants to Respond to the Plaintiff's First Amended Complaint, and being duly advised, hereby **GRANTS** the motion. Defendants' Response to the First Amended Complaint is due by October 28, 2025.

  **SO ORDERED.**

_____          _____
Date _                  UNITED STATES DISTRICT JUDGE