UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OPENEVIDENCE INC.,                           :
                Plaintiff,                   :    Civil Action
                                                  No. 25-10471-MJJ
        v.                                   :

PATHWAY MEDICAL, INC., LOUIS                 :
MULLIE, JONATHAN HERSHON ST-JEAN,
HOVHANNES KARAPETYAN, ERIC                   :
YAMGA, KHUDHUR MOHAMMED, and
VINCE ROY,                                   :

                Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Pathway Medical, Inc. in the above-captioned action. Pursuant to Local Rule 83.5.2(b), the undersigned is authorized to receive all notices in this action.

Dated:  October 13, 2025          Respectfully submitted,
        Boston, Massachusetts

                                  /s/ James R. Carroll
                                  James R. Carroll (BBO #554426)
                                  SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP
                                  500 Boylston Street
                                  Boston, Massachusetts 02116
                                  (617) 573-4800
                                  james.carroll@skadden.com

                                  *Counsel for Defendant*
                                  *Pathway Medical, Inc.*