UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE, INC.,<br><br>   *Plaintiff*,<br><br>v.<br><br>PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY,<br><br>   *Defendants*. | Civil Action No. 1:25-cv-10471-MJJ |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In view of Doximity, Inc.'s acquisition of Defendant Pathway Medical, Inc. subsequent to the filing of this matter, Plaintiff OpenEvidence, Inc. hereby files this notice of dismissal, and voluntarily dismisses all of its claims against Defendants Pathway Medical, Inc.; Louis Mullie; Jonathan Hershon St-Jean; Hovhannes Karapetyan; Eric Yamga; Khudhur Mohammed; and Vince Roy in this matter without prejudice and without costs or attorneys' fees to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 23, 2025

Respectfully submitted,

*/s/ Stacylyn M. Doore*
Stacylyn M. Doore (BBO# 678449)
stacylyndoore@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Stephen Broome (*admitted pro hac vice*)
stephenbroome@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Ryan P. Gorman (BBO# 707239)
Vanessa Rodriguez (BBO# 713607)
Zi Chun Wang (BBO# 709803)
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Nathan Hamstra (*admitted pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

*Counsel for Plaintiff OpenEvidence, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 23, 2025

                                                      /s/ *Stacylyn M. Doore*

                                                      Stacylyn M. Doore